John K. McKasson, Bar No. 138194
johnm@mckassonklein.com
Maria del Rocio Ashby, Bar No. 206282
mrashby@mckassonklein.com
**McKASSON & KLEIN LLP**
2211 Michelson Drive, Suite 320
Irvine, California 92612
Telephone:  (949) 724-0200
Facsimile:    (949) 724-0201

Attorneys for: Plaintiff
MARKET PLACE SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARKET PLACE SOLUTIONS, LLC, a Wyoming corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SUTRA BEAUTY, INC., a California corporation; and DOES 1-10,<br><br>    Defendants. | Case No.: 2:18-cv-07608-JFW (SSx)<br><br>Honorable John F. Walter<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

I, John K. McKasson, hereby declare the following:

1. I am a Member of the State Bar of California and admitted to practice in the United States District Court, Central District of California. I am partner with McKasson & Klein LLP, attorneys of record for Plaintiff Market Place Solutions, LLC ("MPS") in this litigation.  I have personal knowledge of the facts declared herein and, if called to testify regarding these facts, I would and could competently testify thereto.

1   2. This Declaration of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing is filed pursuant to and in compliance with Section 3(a) of this Court's Standing Order.  I am lead trial counsel on behalf of MPS in this action.  I, as well as my co-counsel Maria del Rocio Ashby, am registered as an "ECF User" with the United States District Court, Central District of California.  My email address of record, as set forth in the caption above and registered with the ECF system, is johnm@mckassonklein.com.  I, along with Ms. Ashby, consent to service and receipt of filed documents by electronic means in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this October 23, 2018, in Orange County, California.

                                  /s/ *John K. McKasson*
                                  John K. McKasson