1 **STELMACH & STELMACH, LLP**
Rea Stelmach, Esq., SBN 296671
2 Morani Stelmach, Esq., SBN 296670
3 11630 Chayote Street, Suite 3
Los Angeles, CA 90049
4 Tel: (424) 652-6590
5 Fax: (310) 472-1268

6
Attorney for: Defendant
7 SUTRA BEAUTY, INC.

8
UNITED STATES DISTRICT COURT
9
10 CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  MARKET PLACE SOLUTIONS, LLC, 13  a Wyoming corporation, 14  Plaintiff, 15    v. 16  SUTRA BEAUTY, INC. a California 17  corporation; and DOES 1-10 18  Defendants**.** | CASE NO. 2:18-cv-07608-DDP-SS District Judge: John F. Walter  **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS (L.R. 8-3)**  Complaint served: 11/15/2018 Current Response Date: 12/6/18 New Response Date: 1/4/19 |

21     WHEREAS, the Parties are in active settlement negotiations and seek additional time
22 to resolve this matter,

23

24     And, WHEREAS, this is the first extension of time to respond to the Complaint,

25 ///

26 ///

27

28

---
1- STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

# STIPULATION AND REQUEST TO EXTEND TIME TO
# FILE A RESPONSE TO INITIAL COMPLAINT

Plaintiff, Market Place Solutions, LLC ("Plaintiff"), and Defendant Sutra Beauty, Inc. ("Defendant") jointly stipulate to extend the time for Defendant to file a Response to the initial complaint from December 6, 2018 to January 4, 2019.

IT IS SO STIPULATED.

                                          Respectfully Submitted,

                                          **McKASSON & KLEIN LLP**

Dated: December 6, 2018        BY:_/s/ John McKasson_____

                                            John K. McKasson
                                            Attorney for Plaintiff
                                            Market Place Solutions, LLC

Dated: December 6, 2018        **STELMACH & STELMACH, LLP**

                                            By:_/s/ Rea Stelmach_____
                                              Rea Stelmach,
                                              Attorney for Defendant,
                                              Sutra Beauty, Inc.