**STELMACH & STELMACH, LLP**
Rea Stelmach, Esq., SBN 296671
Morani Stelmach, Esq., SBN 296670
11630 Chayote Street, Suite 3
Los Angeles, CA 90049
Tel: (424) 652-6590
Fax: (310) 472-1268

Attorney for: Defendant
SUTRA BEAUTY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKET PLACE SOLUTIONS, LLC, a Wyoming corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUTRA BEAUTY, INC. a California corporation; and DOES 1-10<br><br>Defendants. | CASE NO. 2:18-cv-07608-DDP-SS<br>District Judge: John F. Walter<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 14 DAYS; [PROPOSED] ORDER**<br><br>Complaint served: 11/15/2018<br>Current Response Date: 1/4/19<br>New Response Date: 1/18/19 |

WHEREAS, the Parties are still in active settlement negotiations and seek additional time to resolve this matter,

And, WHEREAS, this is the second extension of time to respond to the Complaint,

///

///

___

1- STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

# STIPULATION AND REQUEST TO EXTEND TIME TO
# FILE A RESPONSE TO INITIAL COMPLAINT

Plaintiff, Market Place Solutions, LLC ("Plaintiff"), and Defendant Sutra Beauty, Inc. ("Defendant") jointly stipulate to extend the time for Defendant to file a Response to the initial complaint from January 4, 2019 to January 18, 2019.

IT IS SO STIPULATED.

                                          Respectfully Submitted,

                                          **McKASSON & KLEIN LLP**

Dated: January 3, 2019        BY:_/s/ John McKasson_____

                                            John K. McKasson

                                            Attorney for Plaintiff

                                            Market Place Solutions, LLC

Dated: January 3, 2019        **STELMACH & STELMACH, LLP**

                                            By:_/s/ Rea Stelmach_____
                                              Rea Stelmach,
                                              Attorney for Defendant,
                                              Sutra Beauty, Inc.